**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**
**CASE NO.: 5:26-cv-00365-JSM-PRL**

ROGER PETERSON,

Plaintiff,

v.

TRANS UNION, LLC, EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS, INC., UNIFIN, INC. and JEFFERSON CAPITAL SYSTEMS LLC,

Defendants.

---

**DEFENDANT EQUIFAX, INC.'S**
**ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant Equifax, Inc. by and through its undersigned counsel, files its Answer and Defenses to Plaintiff's Amended Complaint ("Complaint") as follows:

## PRELIMINARY STATEMENT

In answering the Complaint, Equifax, Inc. states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax, Inc. denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

## PARTIES

1. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1.

2. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.

3. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4. Equifax, Inc. admits the allegations in Paragraph 4.

5. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

## JURISDICTION AND VENUE

7. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

## FACTUAL ALLEGATIONS

10. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

12. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26.

27. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

29. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

30. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

31. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

34. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

35. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37.

38. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

39. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40.

41. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

42. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

44. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44.

45. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45.

46. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

47. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

48. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

49. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49.

50. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

51. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

52. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

53. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.

54. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54.

55. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55.

56. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56.

57. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

58. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58.

59. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59.

60. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

61. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61.

62. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62.

63. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63.

64. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64.

65. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65.

66. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66.

67. Equifax, Inc. denies the allegations in Paragraph 67.

68. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68.

69. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69.

70. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70.

71. Equifax, Inc. is without knowledge or information sufficient to form a belief

as to the truth of the allegations in Paragraph 71.

72. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72.

73. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73.

74. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74.

75. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75.

76. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76.

77. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77.

78. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78.

79. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79.

80. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80.

81. Equifax, Inc. is without knowledge or information sufficient to form a belief

as to the truth of the allegations in Paragraph 81.

82. Equifax, Inc. denies the allegations in Paragraph 82.

83. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83.

84. Equifax, Inc. denies the allegations in Paragraph 84.

85. Equifax, Inc. denies the allegations in Paragraph 85.

**COUNT I JEFFERSON'S VIOLATION OF**
**TFIE FLORIDA CONSUMER COLLECTION PRACTICES ACT § 559.72(9)**

86. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86.

87. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87.

88. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88.

89. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89.

90. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90.

91. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91.

92. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92.

93. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93.

94. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94.

95. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95.

96. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96.

## COUNT II JEFFERSON'S VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. §§ 1692e, 1692e(2)(A), 1692e(10)

97. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97.

98. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98.

99. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99.

100. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100.

101. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101.

102. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102.

103. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103.

104. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104.

105. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105.

106. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106.

107. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107.

108. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108.

109. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109.

110. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110.

111. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111.

112. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112.

113. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113.

**COUNT III**
**JEFFERSON'S VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. §§ 1692f, 1692f(1)**

114. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114.

115. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115.

116. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116.

117. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117.

118. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118.

119. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119.

120. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120.

121. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121.

122. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122.

123. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123.

124. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124.

125. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125.

126. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126.

127. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127.

128. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128.

129. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129.

130. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130.

131. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131.

132. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132.

133. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133.

134. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134.

**COUNT IV JEFFERSON'S VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681s-2(b)**

135. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135.

136. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136.

137. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137.

138. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138.

139. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 139.

140. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140.

141. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141.

142. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142.

143. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143.

144. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144.

145. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145.

146. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146.

147. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147.

148. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 148.

149. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149.

150. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 150.

151. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 151.

152. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152.

153. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153.

154. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 154.

155. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 155.

156. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 156.

157. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 157.

158. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 158.

159. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159.

160. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 160.

161. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 161.

162. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 162.

163. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163.

164. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164.

165. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 165.

166. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 166.

## COUNT V
## UNIFIN'S VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. §* 1692e, 1692e(2)(A), 1692e(10)

167. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 167.

168. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 168.

169. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 169.

170. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 170.

171. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 171.

172. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 172.

173. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 173.

174. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 174.

175. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 175.

176. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 176.

177. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 177.

178. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178.

179. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 179.

180. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 180.

181. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 181.

182. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 182.

183. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 183.

**COUNT VI UNIFIN'S VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. S 1692f, 1692f(1)**

184. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 184.

185. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 185.

186. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 186.

187. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 187.

188. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 188.

189. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 189.

190. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 190.

191. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 191.

192. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 192.

193. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 193.

194. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 194.

195. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 195.

196. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 196.

197. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 197.

198. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 198.

199. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199.

200. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200.

**COUNT VII**
**EXPERIAN'S VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681i**

201. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 201.

202. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 202.

203. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 203.

204. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 204.

205. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 205.

206. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 206.

207. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 207.

208. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 208.

209. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 209.

210. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 210.

211. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 211.

212. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 212.

213. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213.

214. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 214.

215. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 215.

216. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 216.

217. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 217.

218. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 218.

219. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 219.

220. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 220.

221. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 221.

222. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 222.

223. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 223.

224. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 224.

225. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 225.

226. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 226.

## COUNT VII
## TRANS UNION'S VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681i

227. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 227.

228. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 228.

229. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 229.

230. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 230.

231. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 231.

232. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 232.

233. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 233.

234. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 234.

235. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 235.

236. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 236.

237. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 237.

238. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 238.

239. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 239.

240. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 240.

241. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 241.

242. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 242.

243. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 243.

244. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 244.

245. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 245.

246. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 246.

247. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 247.

248. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 248.

249. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 249.

250. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 250.

251. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 251.

252. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 252.

253. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 253.

254. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 254.

## COUNT IX - EQUIFAX'S VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681i

255. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 255.

256. Equifax, Inc. denies the allegations in Paragraph 256.

257. Equifax, Inc. denies the allegations in Paragraph 257.

258. Equifax, Inc. denies the allegations in Paragraph 258.

259. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 259.

260. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 260.

261. Equifax, Inc. denies the allegations in Paragraph 261.

262. Equifax, Inc. denies the allegations in Paragraph 262.

263. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 263.

264. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 264.

265. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 265.

266. Equifax, Inc. is without knowledge or information sufficient to form a belief

as to the truth of the allegations in Paragraph 266.

267. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 267.

268. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 268.

269. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 269.

270. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 270.

271. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 271.

272. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 272.

273. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 273.

274. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 274.

275. Equifax, Inc. denies the allegations in Paragraph 275. Equifax further denies any allegation it violated the FCRA.

276. Equifax, Inc. denies the allegations in Paragraph 276. Equifax further denies

any allegation it violated the FCRA.

277. Equifax, Inc. denies the allegations in Paragraph 277.

278. Equifax, Inc. denies the allegations in Paragraph 278.

279. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 279.

280. Equifax, Inc. denies the allegations in Paragraph 280.

281. Equifax, Inc. denies the allegations in Paragraph 281.

282. Equifax, Inc. denies the allegations in Paragraph 282.

283. Equifax, Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 283.

284. Equifax, Inc. denies the allegations in Paragraph 284.

285. Equifax, Inc. denies the allegations in Paragraph 285.

286. Equifax, Inc. denies the allegations in Paragraph 286.

287. Equifax, Inc. denies the allegations in Paragraph 287.

288. Equifax, Inc. denies the allegations in Paragraph 288.

## RELIEF REQUESTED

Equifax, Inc. denies that the relief requested in the "Wherefore" Paragraph following Paragraph 288 is warranted, except Equifax, Inc. admits that Plaintiff demands a jury trial.

Any allegation in Plaintiff's Complaint not heretofore specifically responded to by Equifax, Inc. is hereby expressly denied.

## DEFENSES

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Equifax, Inc. for which relief can be granted.

### SECOND DEFENSE

Equifax, Inc. is not a consumer reporting agency as defined by the FCRA.

### THIRD DEFENSE

Equifax, Inc. is not a proper party in this case.

WHEREFORE, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax, Inc. prays that:

(1) Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2) it recover such other and additional relief as the Court deems just and appropriate.

DATED: July 7, 2026

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd. Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: jason.joffe@squirepb.com

*Counsel for Defendant Equifax, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, I presented the foregoing DEFENDANT EQUIFAX, INC.'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and counsel of record.

/s/ *Jason Daniel Joffe*
Jason Daniel Joffe